

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2015

No. 04-15-00243-CV

**IN RE RYDER INTEGRATED LOGISTICS, INC.**
and Ryder Integrated Logistics of Texas, LLC

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

On April 22, 2015, relators Ryder Integrated Logistics, Inc. and Ryder Integrated Logistics of Texas, LLC filed a petition for a writ of mandamus. The court has considered relator's petition, the mandamus record, and the response and reply filed on behalf of the parties and has determined that relators are not entitled to mandamus relief. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

The temporary stay of discovery previously issued by this court on May 21, 2015, is LIFTED.

It is so **ORDERED** on July 14, 2015.

Luz Elena D. Chapa, Justice

---

[1] This proceeding arises out of Cause No. 2010-CI-03779, styled *Denise Molina and George Duzane, Co-conservators of Rafael "Ralph" Molina and Rafael "Ralph" Molina v. Ryder Integrated Logistics, Inc.; Ryder Integrated Logistics of Texas, LLC; and Ernesto Solis, Lucila Solis, Sonia Martin Solis, Elijah Angel Solis, and Roberto Solis Jr., Legal Heirs of the Estate of Roberto Solis Sr.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2015.



Keith E. Hottle, Clerk